**RENASANT BANK INC.,**
**Plaintiff-Appellee,**

v.

**EARTHRESOURCES OF FRANKLIN COUNTY LLC, John F. Smithgall, Defendants-Appellants.**

No. 17-11419
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(September 6, 2017)

Francis Edwin Hallman, Jr., Richard Anthony Wingate, Hallman & Wingate, LLC, Marietta, GA, for Plaintiff-Appellee

John A. Christy, Andrew John Lavoie, Schreeder Wheeler & Flint, LLP, Atlanta, GA, for Defendants-Appellants

Before WILSON, MARTIN, and ANDERSON, Circuit Judges.

PER CURIAM:

Renasant Bank sued EarthResources of Franklin County and John F. Smithgall to enforce a promissory note and personal guaranty. The district court entered judgment against EarthResources and Smithgall in 2013, and our court affirmed. *Renasant Bank, Inc. v. Earth Res. of Franklin Cty., LLC*, 537 Fed.Appx. 889 (11th Cir. 2013) (per curiam). In 2017, EarthResources and Smithgall, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, filed with the district court a motion for relief from final judgment and a motion to reopen discovery. The district court denied the motions.

EarthResources and Smithgall now appeal, arguing that the district court abused its discretion in denying the motions. After careful consideration of the record and the parties' briefs, however, we find no reversible error. EarthResources and Smithgall have not "demonstrate[d] a justification so compelling that the district court was required to vacate its" judgment. *See Cano v. Baker*, 435 F.3d 1337, 1342 (11th Cir. 2006) (per curiam) (internal quotation marks omitted) (discussing the "heavy" burden a party has on appeal when it is challenging a district court's denial of Rule 60(b) relief).

**AFFIRMED.**[1]

---

1. Renasant's motion for damages and costs    for frivolous appeal is **DENIED.**